IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOWARD J. LEWIS, III                                                                                              PLAINTIFF

v.                                              NO. 4:09CV00859 JLH

COMCAST CORPORATION, *et al.*                                                                       DEFENDANTS

### ORDER

Presently before the Court are plaintiff's Motion Requesting Appointment of Counsel and Motion to Delay Rule 26(f) Conference and Report Deadlines. The Court has determined that this case warrants appointment of counsel, and plaintiff's motion is granted. Document #22.

IT IS THEREFORE ORDERED that pursuant to Local Rule 83.7, Brian Curtis Hogue, of the law firm of Wright, Lindsey & Jennings, 200 West Capitol Avenue, Suite 2300, Little Rock, Arkansas, telephone number (501) 371-0808, is hereby appointed to represent plaintiff, Howard J. Lewis, III, in all further proceedings. The Clerk of Court is directed to send plaintiff and counsel a copy of this Order and a copy of Local Rule 83.7.

The motion to delay Rule 26(f) conference and report deadlines is also granted. Document #23. The date by which the parties should hold their Rule 26(f) conference is hereby extended up to and including June 28, 2010. The Rule 26(f) report will be due no later than July 12, 2010. The parties should consider the dates included in the initial scheduling order entered on March 16, 2010 in the conference.

IT IS SO ORDERED this 26th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE