## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HOWARD J. LEWIS, III                                                                                      PLAINTIFF

v.                                          NO. 4:09CV00859 JLH

COMCAST CORPORATION, d/b/a/
COMCAST CABLE COMMUNICATIONS
OF PENNSYLVANIA, INC.; COMCAST
OF LITTLE ROCK, INC.; and COMCAST
OF ARKANSAS/FLORIDA/LOUISIANA/
MINNESOTA/MISSISSIPPI/TENNESSEE, INC.                                    DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel for plaintiff that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 21st day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE